UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEEP SEA FISHERMAN'S UNION OF THE PACIFIC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. C21-0452-JCC<br><br>STIPULATION FOR EXTENSION OF TIME<br><br>NOTED FOR CONSIDERATION:<br>APRIL 28, 2021 |

COMES NOW, Plaintiff, Deep Sea Fisherman's Union of the Pacific, and Defendants, United States Department of Commerce, National Oceanic and Atmospheric Administration, and National Marine Fisheries Service (collectively "Government"), by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for an extension of 30 days for Defendants to respond to the Complaint. Defendants' responsive pleading to the Complaint is currently due May 10, 2021.

STIPULATION FOR EXTENSION OF TIME
C21-0452-JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties submit there is good cause for an extension of the deadline. The parties are attempting to resolve Plaintiff's claims short of further litigation. Counsel for the Government needs additional time to review materials and information in an effort to settle the matter. Continuing the existing deadline for a responsive pleading will allow the parties to conserve resources because they will not have to expend resources completing work when the case may become moot or may settle.

Therefore, the parties stipulate and agree to a 30-day extension for Defendants to respond to the Complaint. If the matter is not resolved before then, Defendants will respond to the Complaint by June 10th, 2021.

Stipulated to and presented this 28th day of April, 2021.

|  |  |
|---|---|
|  | TESSA M. GORMAN<br>Acting United States Attorney |
| *s/ Spencer Nathan Thal*<br>Spencer Nathan Thal, WSBA No. 20074 | *s/ Nickolas Bohl*<br>Nickolas Bohl, WSBA No. 48978<br>Assistant United States Attorney<br>United States Attorney's Office |
| *s/ Zachariah Nathan William Thal*<br>Zachariah Nathan William Thal, WSBA No. 55462<br>Vanguard Law, LLC<br>P.O. Box 939<br>Poulsbo, Washington 98370<br>Phone: 206-488-8344<br>Email: spencer@vanguardlawfirm.com<br>Email: zach@vanguardlawfirm.com | 700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: nickolas.bohl@usdoj.gov<br><br>*Attorneys for Defendants* |
| *Attorneys for Plaintiff* |  |

STIPULATION FOR EXTENSION OF TIME
C21-0452-JCC - 2

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this <u>29th</u> day of <u>April</u>, 2021.

_____
JOHN C. COUGHENOUR
United States Judge

STIPULATION FOR EXTENSION OF TIME
C21-0452-JCC - 3

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970