THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DEEP SEA FISHERMEN'S UNION OF THE PACIFIC,

          Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF COMMERCE et al.,

          Defendants.

CASE NO. 2:21-cv-00452-JCC

~~PROPOSED~~ ORDER TO EXTEND DISCOVERY DEADLINE

Note for Motion Calendar: April 6, 2022

## ~~PROPOSED~~ ORDER

The Court, having reviewed the records and files herein, and the foregoing stipulation, and deeming itself fully informed, hereby ORDERS, ADJUDGES and DECREES that the deadline for Discovery Cutoff is extended from April 18, 2022 to June 20, 2022.

It is so ORDERED this 7th day of April 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

~~PROPOSED~~ ORDER TO EXTEND DISCOVERY DEADLINE – 1
Case No.: 2:21-cv-00452-JCC

VANGUARD LAW
PO Box 939
Poulsbo, WA 98370
Office: (206) 488-8344

| ATTORNEYS FOR PLAINTIFF(S) | ATTORNEY FOR DEFENDANTS |
|---|---|
| VANGUARD LAW | UNITED STATES ATTORNEY'S OFFICE |
| By: /s/ *Spencer Nathan Thal*<br>Spencer Nathan Thal<br>WSBA No. 20074<br>Zachariah N.W. Thal<br>WSBA No. 55462<br>PO Box 939<br>Poulsbo, WA 98370<br>Email: spencer@vanguardlawfirm.com<br>         zach@vanguardlawfirm.com | By: /s/ *Nickolas Bohl*<br>Nickolas Bohl<br>WSBA No. 48978<br>Assistant United States Attorney<br>700 Stewart St., Ste. 5220<br>Seattle, WA 98101-1271<br>Email: nickolas.bohl@usdoj.gov |

~~PROPOSED~~ ORDER TO EXTEND DISCOVERY DEADLINE – 2
Case No.: 2:21-cv-00452-JCC

VANGUARD LAW
PO Box 939
Poulsbo, WA 98370
Office: (206) 488-8344