THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEEP SEA FISHERMEN'S UNION OF THE PACIFIC,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. C21-0452-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the parties' stipulated motion to extend the case management schedule (Dkt. No. 34). The parties ask to extend the trial date approximately four months to allow more time to work through remaining issues and determine whether the case can be resolved without the need for trial. (*Id.* at 2.) But they provide the Court with no information as to why the already lapsed discovery cutoff, Rule 39.1 mediation deadline, and dispositive motion deadline should also be extended. (*See generally id.*)

　　　To assist the Court in considering this request, the Court ORDERS the parties to file a supplemental joint brief no later than June 24, 2022 which provides the Court with the following: (a) the status of mediation efforts to date and what additional mediation the parties may be

considering, (b) a description of the additional discovery each party may seek, and (c) a list of the disputed issues that remain, with each party providing their respective positions on those issues.

The Clerk is DIRECTED to renote the stipulated motion to extend (Dkt. No. 34) to June 24, 2022.

DATED this 14th day of June 2022.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk