THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEEP SEA FISHERMEN'S UNION OF THE PACIFIC,<br><br>    Plaintiff(s),<br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE et al.,<br><br>    Defendants. | CASE NO. 2:21-cv-00452-JCC<br><br>~~PROPOSED~~ ORDER TO EXTEND TRIAL AND CASE DEADLINES<br><br>Noting Date: June 13, 2022 |

**~~PROPOSED~~ ORDER**

The Court, having reviewed the records and files herein, and the foregoing stipulation, and deeming itself fully informed, hereby ORDERS, ADJUDGES and DECREES that the trial date is extended to December 5, 2022, the Dispositive Motions deadline to September 6, 2022, the 39.1 Meditation deadline to August 26, 2022, and the discovery cutoff deadline to August 8, 2022.

It is so ORDERED this 22nd day of June 2022.

*[signature]*
_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

~~PROPOSED~~ ORDER TO EXTEND TRIAL
AND RELATED DEADLINES – 1
Case No.: 2:21-cv-00452-JCC

VANGUARD LAW
PO Box 939
Poulsbo, WA 98370
Office: (206) 488-8344

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| VANGUARD LAW | NICHOLAS W. BROWN<br>United States Attorney |
| By: /s/ *Spencer Nathan Thal*<br>Spencer Nathan Thal<br>WSBA No. 20074<br>Zachariah N.W. Thal<br>WSBA No. 55462<br>PO Box 939<br>Poulsbo, WA 98370<br>Email: spencer@vanguardlawfirm.com<br>     zach@vanguardlawfirm.com | *s/ Nickolas Bohl*<br>Nickolas Bohl, WSBA No. 48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  nickolas.bohl@usdoj.gov<br><br>*Attorney for Defendants* |

PROPOSED ORDER TO EXTEND TRIAL
AND RELATED DEADLINES – 2
Case No.: 2:21-cv-00452-JCC

VANGUARD LAW
PO Box 939
Poulsbo, WA 98370
Office: (206) 488-8344