District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEEP SEA FISHERMAN'S UNION OF THE PACIFIC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. 2:21-cv-00452-JCC<br><br>STIPULATED MOTION FOR EXTENSION OF TIME<br><br>NOTED FOR CONSIDERATION: AUGUST 26, 2022 |

Plaintiff, Deep Sea Fisherman's Union of the Pacific, and Defendants, United States Department of Commerce, National Oceanic and Atmospheric Administration, and National Marine Fisheries Service (collectively "Government"), by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, jointly stipulate and move for an extension of 30 days of the dispositive motions deadline of September 6, 2022, and termination of the Court's L.R. 39.1 mediation deadline, as set forth in the Court's Order at Dkt. 37.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*,

STIPULATED MOTION FOR EXTENSION OF TIME
2:21-cv-00452-JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

784 F.2d 910, 912 (9th Cir. 1986).

  The parties submit there is good cause for an extension of the deadline as they are attempting to resolve the remaining claims short of further litigation.  Additionally, the parties have been engaged in informal discussions regarding resolution and do not believe mediation purusaunt to Local Rule 39.1 will be of any additional benefit given the current posture of this case and the status of their negotiations.  Continuing the existing deadline for dispositive motions and terminating the mediation deadline will allow the parties to conserve resources.

  Therefore, the parties stipulate and agree to the following:

1. The deadline for dispositive motions will be extended by 30 days until October 6, 2022; and

2. The current deadline for mediation pursuant to L.R. 39.1 will be terminated.

  DATED this 26th day of August, 2022.

| | |
|---|---|
| VANGUARD LAW, LLC | NICHOLAS W. BROWN<br>United States Attorney |
| *s/ Spencer Nathan Thal*<br>Spencer Nathan Thal, WSBA No. 20074 | *s/ Nickolas Bohl*<br>Nickolas Bohl, WSBA No. 48978<br>Assistant United States Attorney |
| *s/ Zachariah Nathan William Thal*<br>Zachariah Nathan William Thal, WSBA No. 55462<br>Vanguard Law, LLC<br>P.O. Box 939<br>Poulsbo, Washington 98370<br>Phone:  206-488-8344<br>Email:  spencer@vanguardlawfirm.com<br>Email:  zach@vanguardlawfirm.com | United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  nickolas.bohl@usdoj.gov<br><br>*Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

STIPULATED MOTION FOR EXTENSION OF TIME
2:21-cv-00452-JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 26th day of August 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF TIME
2:21-cv-00452-JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970