District Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEEP SEA FISHERMAN'S UNION OF THE PACIFIC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. 2:21-cv-00452-JCC<br><br>STIPULATED MOTION FOR EXTENSION OF TIME<br><br>NOTED FOR CONSIDERATION: NOVEMBER 3, 2022 |

Plaintiff, Deep Sea Fisherman's Union of the Pacific, and Defendants, United States Department of Commerce, National Oceanic and Atmospheric Administration, and National Marine Fisheries Service (collectively "Government"), by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, jointly stipulate and move for an extension of Plaintiff's time to respond to Defendants' pending Motion for Summary Judgment (MSJ, Dkt. 46) until December 12, 2022. Plaintiff's opposition is currently due on November 7, 2022. Dkt. 52. Further, the parties jointly stipulate and move to stay all other dates pending the Court's ruling on Defendant's MSJ, as set forth in the Court's Order at Dkt. 37.

STIPULATED MOTION FOR EXTENSION OF TIME
2:21-cv-00452-JCC - 1

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties submit there is good cause for an extension of the deadline. Plaintiff's Lead counsel, Spencer Thal, recently suffered a stroke and has been in recovery. The additional time will allow co-counsel to become better familiar with the case and respond to the MSJ. Further, because this is a FOIA matter, which are most often resolved at the summary judgment stage, it is unlikely that any trial dates will ever be necessary. Staying these dates will allow the parties to conserve resources.

Therefore, the parties stipulate and agree to the following:

1. The MSJ will be renoted for December 16, 2022, with Plaintiff's opposition due December 12, 2022, and the Defendants' reply due December 16, 2022; and
2. All other future dates will be stayed pending the Court's ruling on the MSJ.

DATED this 3rd day of November, 2022.

| VANGUARD LAW, LLC | NICHOLAS W. BROWN<br>United States Attorney |
|---|---|
| s/ Zachariah Nathan William Thal<br>Zachariah Nathan William Thal, WSBA No. 55462<br>Vanguard Law, LLC<br>P.O. Box 939<br>Poulsbo, Washington 98370<br>Phone: 206-488-8344<br>Email: spencer@vanguardlawfirm.com<br>Email: zach@vanguardlawfirm.com<br><br>*Attorneys for Plaintiff* | s/ Nickolas Bohl<br>Nickolas Bohl, WSBA No. 48978<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: nickolas.bohl@usdoj.gov<br><br>*Attorneys for Defendants* |

STIPULATED MOTION FOR EXTENSION OF TIME
2:21-cv-00452-JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 3rd day of November 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF TIME
2:21-cv-00452-JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970