THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEEP SEA FISHERMEN'S UNION OF THE PACIFIC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE et al.,<br><br>　　　　　Defendants. | **CASE NO. 2:21-cv-00452-JCC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINES**<br><br>Noting Date: ~~Friday, December 16, 2022~~<br>Thursday, December 8, 2022 |

　　　The Court, having reviewed the records and files herein, and the foregoing stipulation, and deeming itself fully informed, hereby ORDERS, ADJUDGES and DECREES that the deadline for Plaintiff's Opposition to Defendants' pending Motion for Summary Judgment ("MSJ") be extended from December 12, 2022 to February 13, 2023 and the deadline for Defendants' Reply to Plaintiff's Opposition be extended to February 17, 2023, with the MSJ renoted for February 17, 2023, with all other future deadlines stayed pending the Court's ruling on the MSJ.

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND
CASE DEADLINES – 1
Case No.: 2:21-cv-00452-JCC

VANGUARD LAW
PO BOX 939
POULSBO, WA  98370
Office (206) 488-8344

IT IS SO ORDERED.

DATED this 9th day of December 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented By:

VANGUARD LAW

By: /s/ *Zachariah Nathan William Thal*
Zachariah N. W. Thal, WSBA # 55462
Vanguard Law
PO Box 939
Poulsbo, WA 98370
(206) 488-8344

zach@vanguardlawfirm.com

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND
CASE DEADLINES – 2
Case No.: 2:21-cv-00452-JCC

VANGUARD LAW
PO BOX 939
POULSBO, WA 98370
Office (206) 488-8344